JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULANI BRIDGEWATER-KOWALSKI and STEPHEN KOWALSKI,<br><br>Plaintiffs,<br><br>v.<br><br>LARCHMONT CHARTER SCHOOL,<br><br>Defendant. | Case No.: 2:22-CV-00197-DSF-AS<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br><br>The Hon. Dale S. Fischer |

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Date: May 13, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge